IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE NANTHEALTH, INC. STOCKHOLDER DERIVATIVE LITIGATION | No. 18-cv-00551-SB |

## ORDER

1. Defendant's motion to dismiss [D.I. 20] is **GRANTED**.

2. The complaint is **DISMISSED WITH PREJUDICE**. The clerk is instructed to close the case.

Dated: May 12, 2021

_____
UNITED STATES CIRCUIT JUDGE